# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 21-1886                **Short Title:** Relentless, Inc. et al v. U.S. D⊕

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Relentless Inc, Huntress, Inc., Seafreeze Fleet LLC _____ as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ John J. Vecchione _____          11/12/2021 _____
Signature                                        Date

John J. Vecchione _____
Name

New Civil Liberties Alliance _____          202-869-5210 _____
Firm Name (if applicable)                        Telephone Number

1225 19th St. NW _____          202-869-5238 _____
Address                                          Fax Number

Washington D.C. _____          john.vecchione@ncla.legal _____
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1177417 _____


Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____
===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).