# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 21-1886      **Short Title:** Relentless et. al. v. Dept. of Commerce et.al.

**Type of Action**

- [✔] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from 9/20/2021
  2. Date this notice of appeal filed 10/28/2021
     If cross appeal, date first notice of appeal filed n/a
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) n/a
  4. Date of entry of order deciding above post-judgment motion n/a
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) n/a
     Time extended to n/a

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits? [✔] Yes  [ ] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes  [ ] No
        If yes, explain_____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes  [ ] No
        If yes, explain_____

C. Has this case previously been appealed? [ ] Yes  [✔] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes  [✔] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
   If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party U.S. Department of Commerce
      Attorney Allison Finnegan and Kristine Tardiff
      Address 150 M Street N.E. Rm. 3118, Washington, DC 20002 and 53 Pleasant Street, Concord, NH 03301
      Telephone 202-305-0500 and 603-496-3858

   2. Adverse party Wilbur L. Ross Jr. in his official capacity as Secretary of Commerce
      Attorney Allison Finnegan and Kristine Tardiff
      Address 53 Pleasant Street, Concord, NH 03301 and 150 M Street N.E. Rm. 3118, Washington, DC 20002
      Telephone 202-305-0500 and 603-496-3858

   3. Adverse party National Oceanic and Atmospheric Administration
      Attorney Allison Finnegan and Kristine Tardiff
      Address 53 Pleasant Street, Concord, NH 03301 and 150 M Street N.E. Rm. 3118, Washington, DC 20002
      Telephone 202-305-0500 and 603-496-3858

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Relentless Inc.
      Address 100 Davisville Pier, North Kingstown, RI 02852
      Telephone 202-869-5210

      Attorney's name John J. Vecchione
      Firm New Civil Liberties Alliance
      Address 1225 19th St. NW, Ste. 450, Washington, DC 20036
      Telephone 202-869-5210

   2. Appellant's name Huntress Inc.
      Address 100 Davisville Pier, North Kingstown, RI 02852
      Telephone 202-869-5210

      Attorney's name John J. Vecchione
      Firm New Civil Liberties Alliance
      Address 1225 19th St. NW, Ste. 450, Washington, DC 20036
      Telephone 202-869-5210

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

F.

4.     Adverse party     Neil Jacobs in his official capacity as Acting Administrator of NOAA

       Attorney     Allison Finnegan

       Address     150 M Street N.E. Rm. 3118, Washington, DC 20002

       Telephone     202-305-0500

       Attorney     Kristine Tardiff

       Address     53 Pleasant Street, Concord, NH 0330

       Telephone     603-496-3858

5.     Adverse party     National Marine Fisheries Service

       Attorney     Allison Finnegan

       Address     150 M Street N.E. Rm. 3118, Washington, DC 20002

       Telephone     202-305-0500

       Attorney     Kristine Tardiff

       Address     53 Pleasant Street, Concord, NH 0330

       Telephone     603-496-3858

6.     Adverse party     Chris Oliver in his official capacity as Assistant Administrator for NOAA Fisheries

       Attorney     Allison Finnegan

       Address     150 M Street N.E. Rm. 3118, Washington, DC 20002

       Telephone     202-305-0500

       Attorney     Kristine Tardiff

       Address     53 Pleasant Street, Concord, NH 0330

       Telephone     603-496-3858

G.

3.     Appellant's name     Seafreeze Fleet LLC

       Address     78 Central Street, Ipswich, MA 01938

       Telephone     401-295-2585

       Attorney's name     John J. Vecchione

       Firm     New Civil Liberties Alliance

       Address     1225 19th St. NW, Ste. 450, Washington, DC 20036

       Telephone     202-869-5210

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ John Vehccione
Date  11/18/2021