# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Relentless Inc. et al. v. Dept. of Commerce et al.

District Court Case No.  20-cv-108             District of Rhode Island

Date Notice of Appeal filed  10/28/2021        Court of Appeals Case No.  21-1886

Form filed on behalf of  Appellants

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  ✓

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. _____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)                              HEARING DATE(S)

☐ Jury Voir Dire
☐ Opening Statement (plaintiff)
☐ Opening Statement (defendant)
☐ Trial
☐ Closing Argument (plaintiff)
☐ Closing Argument (defendant)
☐ Findings of Fact/Conclusions of Law
☐ Jury Instructions
☐ Change of Plea
☐ Sentencing
☐ Bail hearing
☐ Pretrial proceedings (specify) _____
☐ Testimony (specify) _____
☐ Other (specify) _____

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act.  A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  John Julian Vecchione            Filer's Signature  /s/ John Julian Vecchione

Firm/Address  New Civil Liberties Alliance 1225 19th st. nw suite 450 washington dc 20036   Filer's Email address  john.vecchione@ncla.legal

Telephone number  202-869-5210                Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                                  SEE INSTRUCTIONS ON REVERSE