# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 21-1886     **Short Title:** Relentless v. Commerce Dep't

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
US Dep't of Commerce; Wilbur Ross; Nat'l Oceanic & Atmospheric Admin.; Neil Jacobs; Nat'l Marine Fisheries Service as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Dina B. Mishra
Signature

11/19/2021
Date

Dina B. Mishra
Name

U.S. Dep't of Justice, ENRD Appellate
Firm Name (if applicable)

202-353-9022
Telephone Number

P.O. Box 7415
Address

202-353-1873
Fax Number

Washington, DC 20044
City, State, Zip Code

dina.mishra@usdoj.gov
Email (required)

Court of Appeals Bar Number: 21-1886

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes   Court of Appeals No.

=============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).