# United States Court of Appeals
## For the First Circuit

No. 21-1886

RELENTLESS, INC.; HUNTRESS, INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPT OF COMMERCE; WILBUR ROSS, in his official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; NEIL JACOBS, in his official capacity as Acting Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; NEIL JACOBS, in his official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

**NOTICE**

Issued: November 22, 2021

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After December 6, 2021, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Alison C. Finnegan
Kara M. Rollins
Kristine S. Tardiff

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Alistair - (617) 748-4664

cc:
Alison C. Finnegan
Dina Bernick Mishra
Kara M. Rollins
Kristine S. Tardiff
John Julian Vecchione