No. 21-1886

# United States Court of Appeals for the First Circuit

_____

**Relentless Inc., et al.**,
*Plaintiffs-Appellants*,

*v.*

**U.S. DEPARTMENT OF COMMERCE**, et al.,

*Defendants-Appellees.*
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, CASE NO. 1:20-CV-00108-WES (HON. WILLIAM E. SMITH)

**MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

JOHN J. VECCHIONE (1177417)
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
John.vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*

Appellants, Relentless Inc., Huntress Inc., and Seafreeze LLC, respectfully move pursuant to F.R.A.P. and Local Rule 26(b) for a short extension of time to file their opening brief and accompanying material for this appeal. The opening brief is due on January 19, 2022. Undersigned counsel has unexpectedly encountered unforeseen Covid-19 closures affecting those he works with, computer software issues making compiling the appendix more difficult, and an unscheduled emergency motion in another court. These are all good cause for an extension and Appellants have not previously sought an extension of time.

For these reasons, Appellants move this Court to extend the time by nine days to file the opening brief, appendix and any other necessary materials to Friday January 28, 2022 with any other dates connected to that filing extended likewise.

Counsel for Appellants attempted to contact the Appellants counsel twice by phone and twice by email but was unable to do so and so does not know whether the Appellee opposes this motion.

                                                          Respectfully Submitted,

DATED: JANUARY 13, 2022

*/s/ John J. Vecchione*
JOHN J. VECCHIONE (1177417)
**NEW CIVIL LIBERTIES ALLIANCE**
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
John.vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit using the CM/ECF system. Counsel for all parties are registered users of the CM/ECF system. They will be served by the CM/ECF system:

Dina B. Mishra, dina.mishra@usdoj.gov; Counsel for Appellees

Dated: January 14, 2022 /s/ *John J. Vecchione*
JOHN J. VECCHIONE