# United States Court of Appeals
# for the First Circuit

---

**Relentless Inc., et al.,**
*Plaintiffs-Appellants,*

*v.*

**U.S. DEPARTMENT OF COMMERCE**, et al.,

*Defendants-Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, CASE NO. 1:20-CV-00108-WES (HON. WILLIAM E. SMITH)

---

## NOTICE THAT MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF IS UNNOPPOSED

---

JOHN J. VECCHIONE (1177417)
**NEW CIVIL LIBERTIES ALLIANCE**
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
John.vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*

Appellants, Relentless Inc., Huntress Inc., and Seafreeze LLC, respectfully submit this notice of appellees' position on their motion to for an extension of time. Counsel for Appellees contacted the undersigned after filing and graciously informed him they do not oppose the motion.

Respectfully Submitted,

DATED: JANUARY 14, 2022

*/s/ John J. Vecchione*
JOHN J. VECCHIONE (1177417)
**NEW CIVIL LIBERTIES ALLIANCE**
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
John.vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit using the CM/ECF system. Counsel for all parties are registered users of the CM/ECF system. They will be served by the CM/ECF system:

Dina B. Mishra, dina.mishra@usdoj.gov; Counsel for Appellees

Dated: January 14, 2022

*/s/ John J. Vecchione*
JOHN J. VECCHIONE