# United States Court of Appeals
# for the First Circuit

---

RELENTLESS INC., HUNTRESS INC., SEAFREEZE FLEET LLC,
*Plaintiffs-Appellants*,

*v.*

U.S. DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; RICHARD SPINROD, in his official capacity as NOAA Administrator; NATIONAL MARINE FISHERIES SERVICE; JANET COIT, in her official capacity as Assistant Administrator of NMFS,
*Defendants-Appellees*.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, CASE NO. 1:20-CV-00108-WES (HON. WILLIAM E. SMITH)

---

## APPELLANTS' UNOPPOSED MOTION FOR SPECIAL LEAVE TO PROCEED ON A DEFERRED APPENDIX

---

JOHN J. VECCHIONE (1177417)
**NEW CIVIL LIBERTIES ALLIANCE**
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
John.Vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*

Pursuant to Fed. R. App. P. 30(c) and 1st Cir. I.O.P. VI(C), Appellants respectively move for special leave to proceed on a deferred appendix.

This appeal involves a challenge, under the Administrative Procedure Act, to a final rule promulgated by Appellees. The administrative record is approximately 17,800 pages long. Undersigned counsel served the Appellee with the portions of the administrative record he wishes included by electronic mail on January 27, 2022 and does so again today contemporaneous with the filing of this motion. In the interests of efficiency and preserving judicial resources, Appellants respectively request to file a deferred appendix in this matter at such time as the Court deems appropriate "so that the processing of the appeal will not take any longer time than it would under the regular procedure." 1st Cir. I.O.C. VI(C).

Appellees do not oppose this motion for special leave to proceed on a deferred appendix.

Respectfully submitted on January 28, 2022, by:

*/s/ John J. Vecchione*
John J. Vecchione (1177417)
**New Civil Liberties Alliance**
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
John.Vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*

## CERTIFICATE OF COMPLIANCE

This document complies with the 5,200-word limit established by FRAP 27(d)(2) because it contains 184 words. This document complies with the typeface and typestyle requirements of FRAP 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced serif typeface, Times New Roman, and set at 14-point or larger.

Dated: January 28, 2022

*/s/ John J. Vecchione*
John J. Vecchione
*Counsel for Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022, I electronically filed the foregoing motion with the United States Court of Appeals for the First Circuit using the CM/ECF system. Counsel for all parties are registered users of the CM/ECF system. They will be served by the CM/ECF system:

Dina Mishra, Dina.Mishra@usdoj.gov, Counsel for Appellees

Lauren Zurier, lauren.zurier@usdoj.gov, Counsel for Appellees

Dated: January 28, 2022

*/s/ John J. Vecchione*
John J. Vecchione
*Counsel for Appellants*