# United States Court of Appeals
## For the First Circuit

_____

No. 21-1886

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; RICHARD SPINRAD, in his official capacity as Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; JANET COIT, in her official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: January 31, 2022
Pursuant to 1st Cir. R. 27.0(d)

The appellants' unopposed motion seeking leave to file a deferred appendix is granted. The parties shall adhere to the following briefing schedule:

1) The parties will file preliminary electronic versions of their principal briefs, if they have not already done so, containing references to the record, pursuant to the current briefing schedule, with paper copies deferred until after the appendix and final briefs are filed;

2) Within 21 days of appellees filing their answering brief, appellants will file the appendix, a final electronic opening brief containing references to the appendix, and a reply brief containing references to the appendix; and

3) Within 14 days of the appendix being filed, appellees will file a final electronic answering brief containing references to the appendix.

Except for the correction of typographical errors and the inclusion of references to the appendix, no other changes may be made to the parties' principal briefs. See Fed. R. App. P. 30(c)(2)(B). The clerk's office will set a deadline for filing final paper copies of the briefs after the final electronic versions are accepted for filing.

By the Court:

Maria R. Hamilton, Clerk

cc:
Timothy J. Robenhymer
John Julian Vecchione
Lauren S. Zurier
Dina Bernick Mishra