# United States Court of Appeals
## For the First Circuit

No. 21-1886

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; RICHARD SPINRAD, in his official capacity as Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; JANET COIT, in her official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: February 8, 2022
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC on January 28, 2022 is not in compliance with the following Federal Rule of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)). ***The caption on the brief does not match the caption used by this court.***

Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC are ordered to file a conforming brief by **February 15, 2022**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Timothy J. Robenhymer, John Julian Vecchione, Lauren S. Zurier, Dina Bernick Mishra