No. 21-1886

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

*Plaintiffs-Appellants*,

v.

US DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; RICHARD SPINRAD, in his official capacity as Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; JANET COIT, in her official capacity as Assistant Administrator for NOAA Fisheries,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Rhode Island
Case No. 1:20-cv-00108-WES (Hon. William E. Smith)

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Appellees respectfully move under Federal Rule of Appellate Procedure 26(b) for a 30-day extension of time in which to file their answering brief, to and including April 18, 2022. That answering brief is currently due on March 17, 2022. Appellees have not previously sought an extension of time to file this

1

answering brief. Counsel for Appellants has stated that they do not oppose the requested extension.

The reasons for the requested extension are as follows:

1. The administrative record for this appeal is voluminous. Appellants earlier sought without opposition and were granted leave to proceed on a deferred appendix on that basis.

2. Undersigned counsel, who is principally responsible for preparing the answering brief, must devote substantial time to other pending matters during the relevant time period. Those matters include preparation of the answering brief in *Save The Bull Trout v. Williams*, No. 21-35480 (9th Cir.) (due March 16, 2022). Undersigned counsel is also counsel in *City of Scottsdale v. Federal Aviation Administration*, No. 20-1070 (D.C. Cir.), in which oral argument has been scheduled for March 21, 2022. And undersigned counsel, in recent weeks, has had to coordinate extensively in that case with opposing counsel for the petitioner on the assembly of a corrected deferred appendix (original appendix filed February 3, 2022; corrected appendix filed February 16, 2022) and filing of final briefs (filed February 24, 2022, as extended due to the corrected appendix's filing), among other filings.

3. Counsel for Appellees also must coordinate the preparation of the answering brief with the responsible officials at the U.S. Department of

Commerce, National Oceanic and Atmospheric Administration, as well as with interested components within the Environment & Natural Resources Division of the U.S. Department of Justice. An extension of time is required to complete this coordination.

4. Counsel for Appellees has contacted Counsel for Appellants, who has indicated that they do not oppose this extension request.

For all these reasons, Appellees respectfully request that the Court grant this unopposed motion for an extension of 30 days, to and including April 18, 2022, in which to file their answering brief.

Respectfully submitted,

s/ *Dina B. Mishra*
TODD KIM
  *Assistant Attorney General*

Of counsel:

MITCH MACDONALD
*Attorney*
Office of the General Counsel
National Oceanic & Atmospheric
Administration

DANIEL HALAINEN
DINA B. MISHRA
  *Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 353-9022
dina.mishra@usdoj.gov

March 3, 2022
DJ 90-8-8-08356

# CERTIFICATE OF COMPLIANCE

The foregoing Motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 359 words, excluding the parts exempted under Federal Rule of Appellate Procedure 32(f).

The foregoing Motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as required by Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface (14-point Times New Roman font) using Microsoft Word 2016.

/s/ Dina B. Mishra
DINA B. MISHRA
Counsel for Appellees

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion with the Clerk of the Court for the U.S. Court of Appeals for the First Circuit by using the appellate CM/ECF system on March 3, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Dina B. Mishra*
DINA B. MISHRA
Counsel for Appellees