No. 21-1886

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

*Plaintiffs-Appellants*,

v.

US DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; RICHARD SPINRAD, in his official capacity as Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; JANET COIT, in her official capacity as Assistant Administrator for NOAA Fisheries,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Rhode Island
Case No. 1:20-cv-00108-WES (Hon. William E. Smith)

**APPELLEES' UNOPPOSED MOTION FOR SECOND EXTENSION
OF TIME TO FILE INITIAL ANSWERING BRIEF**

Appellees respectfully move under Federal Rule of Appellate Procedure 26(b) for a 7-day extension of time in which to file their initial answering brief, to and including April 25, 2022. That brief is currently due on April 18, 2022. The Court previously granted Appellees a 30-day extension of time to file this

1

answering brief. Counsel for Appellants has stated that they do not oppose the requested extension.

The reasons for the requested extension are as follows:

1. Counsel for Appellees must coordinate the preparation of the brief with responsible officials at the U.S. Department of Justice and the U.S. Department of Commerce, National Oceanic and Atmospheric Administration. A responsible attorney within the U.S. Department of Justice ("DOJ") contracted COVID-19 and became unavailable to work on the brief during the week of April 4, 2022. Another responsible DOJ attorney attended unanticipated appointments during the weeks immediately preceding this motion. These unforeseen events, which arose after the Court granted a first extension for the answering brief, caused delays that created scheduling conflicts with the upcoming meeting of the New England Fishery Management Council from April 12 to April 14, 2022, which a responsible official from the National Oceanic and Atmospheric Administration is responsible for attending. *See* NEFMC, April 2022 Council Meeting, https://www.nefmc.org/calendar/april-2022-council-meeting (last visited April 8, 2022). These developments prevent undersigned counsel from timely completing the necessary coordination on the current schedule.

2. This case is not yet scheduled for oral argument. Briefing currently is scheduled to close on May 23, 2022, with the filing of Appellees' final electronic

answering brief containing references to the deferred appendix.  *See* Order (Jan. 31, 2022) (order governing submission of final briefs); Order (March 7, 2022) (order setting schedule for remaining initial briefs).  If the extension is granted, Appellees' answering brief will be due April 25, 2022, with Appellants' reply brief and final electronic opening brief as well as the deferred appendix due 21 days later, and Appellees' final electronic answering brief due 14 days after that (*see* Order (Jan. 31, 2022)).  If it wishes, the Court may maintain the current date for the ultimate close of briefing by shortening Appellees' time to file their *final* electronic answering brief from 14 days to 7 days, commensurate with the 7-day extension of the time to file their *initial* answering brief that this motion requests.

4. Undersigned counsel does not anticipate any further requests for extensions of time or other changes to the schedule.

5. Counsel for Appellees has contacted Counsel for Appellants, who has indicated that they do not oppose this extension request.

For all these reasons, Appellees respectfully request that the Court grant this unopposed motion for an extension of 7 days, to and including April 25, 2022, in which to file their answering brief.

|  | Respectfully submitted, |
|---|---|
|  | s/ *Dina B. Mishra* |
|  | TODD KIM |
|  |   *Assistant Attorney General* |
| Of counsel: | DANIEL HALAINEN |
|  | DINA B. MISHRA |
| MITCH MACDONALD |   *Attorneys* |
| *Attorney* | Environment and Natural Resources Division |
| Office of the General Counsel | U.S. Department of Justice |
| National Oceanic & Atmospheric | Post Office Box 7415 |
| Administration | Washington, D.C. 20044 |
|  | (202) 353-9022 |
|  | dina.mishra@usdoj.gov |

April 8, 2022
DJ 90-8-8-08356

# CERTIFICATE OF COMPLIANCE

The foregoing Motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 472 words, excluding the parts exempted under Federal Rule of Appellate Procedure 32(f).

The foregoing Motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as required by Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface (14-point Times New Roman font) using Microsoft Word 2016.

/s/ Dina B. Mishra
DINA B. MISHRA
Counsel for Appellees

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion with the Clerk of the Court for the U.S. Court of Appeals for the First Circuit by using the appellate CM/ECF system on April 8, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    /s/ *Dina B. Mishra*
    DINA B. MISHRA
    Counsel for Appellees