# United States Court of Appeals
## For the First Circuit

No. 21-1886

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; RICHARD SPINRAD, in his official capacity as Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; JANET COIT, in her official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

**ORDER OF COURT**

Entered: April 8, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Janet Coit, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Gina M. Raimondo, Richard Spinrad and US Dept of Commerce to file a brief be enlarged to and including **April 25, 2022**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Dina Bernick Mishra
Timothy J. Robenhymer
John Julian Vecchione
Lauren S. Zurier