No. 21-1886

# United States Court of Appeals for the First Circuit

_____

RELENTLESS INC., HUNTRESS INC., SEAFREEZE FLEET LLC,
*Plaintiffs-Appellants*,

v.

US DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; RICHARD SPINRAD, in his official capacity as Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; JANET COIT, in her official capacity as Assistant Administrator for NOAA Fisheries,
*Defendants-Appellees*.

_____

On Appeal from
the United States District Court for the District of Rhode Island,
Case No. 1:20-cv-00108-WES (Hon. William E. Smith)

**APPELLANTS' UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO FILE REPLY**

JOHN J. VECCHIONE (1177417)
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
John.Vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*

Appellants respectfully move under Federal Rule of Appellate Procedure 26(b) for a seven-day extension of time in which to file their reply brief, to and including May 27, 2022. That reply brief is currently due May 20, 2022. Appellants have not previously sought an extension of time to file this reply brief. Counsel for Appellees has stated that they do not oppose the requested extension.

The reasons for the requested extension are as follows:

1. The administrative record for this appeal is voluminous. Appellants earlier sought without opposition and were granted leave to proceed on a deferred appendix on that basis. The deferred appendix and final electronic opening brief containing references to the appendix is currently due to be filed on or before May 20, 2022.

2. Undersigned counsel, who is principally responsible for preparing the reply brief, must devote substantial time to other pending matters during the relevant time period, including an amicus brief in the 5th Circuit that has become emergent regarding a preliminary injunction that applies to his clients but was issued in another case.

3. Undersigned counsel will also be involved in overseeing the finalization of the deferred appendix and coordination of such with opposing counsel and the extension will facilitate the exchange of drafts and coordination with opposing counsel.

4. Counsel for Appellants has contacted counsel for Appellees, who has indicated that they do not oppose this extension request.

For all these reasons, Appellants respectfully request that the Court grant this unopposed motion for an extension of seven days, to and including May 27, 2022, in which to file their reply brief.

Respectfully submitted on May 6, 2022, by:

*/s/ John J. Vecchione*
John J. Vecchione (1177417)
**New Civil Liberties Alliance**
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
John.Vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*

# CERTIFICATE OF COMPLIANCE

This document complies with the 5,200-word limit established by FRAP 27(d)(2) because it contains 274 words. This document complies with the typeface and typestyle requirements of FRAP 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced serif typeface, Times New Roman, and set at 14-point or larger.

Dated: May 6, 2022

*/s/ John J. Vecchione*
John J. Vecchione
*Counsel for Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, I electronically filed the foregoing motion with the United States Court of Appeals for the First Circuit using the CM/ECF system. Counsel for all parties are registered users of the CM/ECF system. They will be served by the CM/ECF system:

Dina Mishra, Dina.Mishra@usdoj.gov, Counsel for Appellees

Dated: January 28, 2022

*/s/ John J. Vecchione*
John J. Vecchione
*Counsel for Appellants*