# United States Court of Appeals
## For the First Circuit

No. 21-1886

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; RICHARD SPINRAD, in his official capacity as Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; JANET COIT, in her official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

**ORDER OF COURT**

Entered: May 13, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, our May 3, 2022 order is amended accordingly: Appellants shall file the appendix, final electronic opening brief containing references to the appendix, and a reply brief containing references to the appendix on or before **May 27, 2022**.

Within 14 days of the appendix being filed, Appellees shall file a final electronic answering brief containing references to the appendix. Except for the correction of typographical errors and the inclusion of references to the appendix, no other changes may be made to the parties' principal briefs. See Fed. R. App. P. 30(c)(2)(B). The clerk's office will set a deadline for filing final paper copies of the briefs after the final electronic versions are accepted for filing.

By the Court:

Maria R. Hamilton, Clerk

cc:
Timothy J. Robenhymer, John Julian Vecchione, Lauren S. Zurier, Dina Bernick Mishra