October 3, 2022

**VIA ECF**


Maria R. Hamilton, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way Boston, MA 02210


  *Re: Relentless Inc., et al. v. U.S. Dept. of Commerce et al. No. 21-1886*

Dear Ms. Hamilton:

  Pursuant to F.R.A.P. 28(j), Appellants submit this response to Appellees' September 27th, 2022 28(j) letter. This Court, through Judge Thompson in response to questioning by Judge Kayatta, requested a 28(j) letter from Appellees detailing how much it would cost the Government if it was made to pay for the at-sea-monitor program or at least the economic order of magnitude of the regulation. Oral Argument at 34:00-37:48, https://www.ca1.uscourts.gov/sites/ca1/files/oralargs/21-1886_20220913.mp3.

  The Government's letter is as non-responsive as it is baffling. The estimated costs of the program are found in the record at AR 17735. It may be that there is no one actually fishing for herring because of the costs or quotas, or there is coverage enough with the government-funded at-sea monitors. We can't tell from the Governments' submission.

The Government declined to provide the Court the information it requested and used most of its 28(j) letter to disparage counsel and engage in unrebutted argumentation which is improper under Rule 28(j).  That the Government could not provide even "the order of magnitude" of the costs years after implementation of the regulation, and that it suggests that the true costs are "not generally available" *ever* because of the pay-for mechanism it developed, is further demonstration that the regulation is arbitrary and capricious, unreasonable and arrogates Congress' power of the purse without warrant.

Sincerely,

/s/ John J. Vecchione

John J. Vecchione
Senior Litigation Counsel

cc via ECF: All counsel of record

# CERTIFICATE OF SERVICE

    I hereby certify that on October 3, 2022, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit using the CM/ECF system. Counsel for all parties are registered users of the CM/ECF system. They will be served by the CM/ECF system.

Dated: October 3, 2022        */s/ John J. Vecchione*
                                                JOHN J. VECCHIONE

                                                *Counsel for Appellants*