New Civil Liberties Alliance

March 7, 2023

**VIA ECF**

Ms. Maria R. Hamilton, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

   Re:  *Relentless Inc., et al. v. U.S. Dept. of Commerce, et al.* No. 21-1886

Dear Ms. Hamilton:

   Pursuant to F.R.A.P. 28(j), Appellants submit the following:

   First, Appellants in *Loper Bright Enterprises, Inc. v. Raimondo*, 45 F. 4th 359, (D.C. Cir. 2022) ("*Loper Bright*"), cited by both parties and the subject of an August 17, 2022, 28(j) letter by the Appellees, have filed a petition for a writ of *certiorari* before the United States Supreme Court dated November 10, 2022 and were assigned case number 22-451.

   Second, at oral argument the Court posed a question about electronic equipment being placed on the vessels in lieu of the at-sea monitors. Transcript of Oral Argument at 9:49. Counsel responded that the question was present in "the *Mexican Gulf* case" that "was in Louisiana right now," *Id*. at 9:59-10:17, and that the Fourth Amendment was implicated by putting such electronic devices on the vessels. *Id.* at 10:20. The parties also briefed and argued what was "necessary and

appropriate" under the Magnuson-Stevens Fishery Conservation and Management Act ("MSA") and whether certain costs were reasonable under the statute. The Fifth Circuit has answered all those questions consistent with Appellants' position here. *See Mexican Gulf Fishing Co. v. United States Dep't of Commerce*, __F.4th__, No. 22-30105, 2023 WL 2182268 (5th Cir. Feb. 23, 2023). In that case, the court struck a regulation "requir[ing] charter-boat owners to, at their own expense, install onboard a vessel monitoring system that continuously transmits the boat's GPS location to the Government" for violating the APA but also found it "very likely violated the Fourth Amendment." *Id.* at *1.

The court also determined that the "necessary and appropriate" language of the MSA "limit[s] the authorization" contained in the MSA. *Id.* at *5. Finally, the court noted that while "a 'strict cost-benefit analysis' is not required … a necessary-and-appropriate condition requires more than just consideration of financial costs" to deem the costs of compliance reasonable. *Id.* at *6 (quotation omitted).

Sincerely,

/s/ *John J. Vecchione*

John J. Vecchione
Senior Litigation Counsel

cc via ECF: All counsel of record

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit using the CM/ECF system. Counsel for all parties are registered users of the CM/ECF system. They will be served by the CM/ECF system.

Dated: March 7, 2023  */s/ John J. Vecchione*
JOHN J. VECCHIONE

*Counsel for Appellants*