# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 16, 2023

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re: Relentless, Inc., et al.
v. Department of Commerce, et al.
No. 22-1219
(Your No. 21-1886)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 14, 2023 and placed on the docket June 16, 2023 as No. 22-1219.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst