# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 13, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re: Relentless, Inc., et al.
 v. Department of Commerce, et al.
 No. 22-1219
 (Your No. 21-1886)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Advancing American Freedom, Inc., et al. for leave to file a brief as *amici curiae* is denied.  The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.  The Clerk is directed to establish a briefing schedule that will allow this case to be argued in tandem with No. 22-451, *Loper Bright Enterprises, et al.* v. *Raimondo, Sec. of Comm., et al.*, in the January 2024 argument session.

Sincerely,

**Scott S. Harris**, Clerk