OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

November 22, 2023

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington, DC 20543

Re: Supreme Court No. 22-1219
    21-1886 Relentless Inc., et al v. US Dep't of Commerce, et al
    1:20-cv-00108-WES

Dear Clerk Harris:

    I am writing in regard to the above referenced case. Per your request, enclosed please find certified copy of the First Circuit docket sheet. There are no sealed or confidential pleadings in this case. By separate letter dated November 21, 2023, the District Court for the District of Rhode Island was instructed to forward the original record to your office.

    Kindly acknowledge receipt of this letter on the enclosed copy. If you should have any questions, please do not hesitate to contact me.

                                                       Sincerely,
                                                       Alistair
                                                       Case Manager
                                                       U.S. Court of Appeals
                                                       for the First Circuit
                                                       (617) 748-4664

Enclosure

cc:
Timothy J. Robenhymer
John Julian Vecchione
Lauren S. Zurier
Dina Bernick Mishra