# General Docket
## United States Court of Appeals for the First Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 21-1886<br>**Nature of Suit:** 2899 Other Statutes<br>Relentless Inc., et al v. US Dep't of Commerce, et al<br>**Appeal From:** District Court of Rhode Island, Providence<br>**Fee Status:** filing fee paid | **Docketed:** 11/04/2021<br>**Termed:** 03/16/2023 |

**Case Type Information:**
   1) civil
   2) US a party civil case
   3) other statutes

**Originating Court Information:**

   **District:** 0103-1 : 1:20-cv-00108-WES       **Lead:** 1:20-cv-00108-WES

   **Court Reporter:** Lisa Schwam, Court Reporter
   **Ordering Judge:** William E. Smith, U.S. District Judge
   **Date Filed:** 03/04/2020

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 09/20/2021 | 09/20/2021 | 10/28/2021 | 10/28/2021 |

**Prior Cases:**

| | | | |
|---|---|---|---|
| 02-2337 | **Date Filed:** 10/18/2002 | **Date Disposed:** 08/14/2003 | **Disposition:** Affirmed |
| 04-1242 | **Date Filed:** 02/19/2004 | **Date Disposed:** 08/12/2005 | **Disposition:** Affirmed |
| 04-1756 | **Date Filed:** 06/14/2004 | **Date Disposed:** 12/20/2004 | **Disposition:** Dismissed |
| 07-1396 | **Date Filed:** 03/08/2007 | **Date Disposed:** 01/25/2008 | **Disposition:** Affirmed |
| 07-1506 | **Date Filed:** 03/28/2007 | **Date Disposed:** 01/25/2008 | **Disposition:** Affirmed |

**Panel Assignment:**
   **Panel:** RT    KVL    WJK
   **Date of Hearing:** 09/13/2022    **Date of Decision:**

| | |
|---|---|
| RELENTLESS, INC.<br>Plaintiff - Appellant | Timothy J. Robenhymer<br>Direct: 401-921-4800<br>Fax: 401-921-4805<br>[NTC Retained]<br>Law Office of Timothy J. Robenhymer |

|  |  |
|---|---|
|  | 2nd Floor<br>303 Jefferson Blvd.<br>Warwick, RI 02888-0000<br><br>Kara M. Rollins<br>Direct: 202-869-5210<br>Fax: 202-869-5238<br>[No Notice]<br>New Civil Liberties Alliance<br>1225 19th St, NW<br>Ste 450<br>Washington, DC 20036<br><br>John Julian Vecchione<br>Direct: 202-869-5210<br>Fax: 202-869-5238<br>[COR NTC Retained]<br>New Civil Liberties Alliance<br>1225 19th St, NW<br>Ste 450<br>Washington, DC 20036 |
| HUNTRESS, INC.<br>Plaintiff - Appellant | Timothy J. Robenhymer<br>Direct: 401-921-4800<br>[NTC Retained]<br>(see above)<br><br>Kara M. Rollins<br>Direct: 202-869-5210<br>[No Notice]<br>(see above)<br><br>John Julian Vecchione<br>Direct: 202-869-5210<br>[COR NTC Retained]<br>(see above) |
| SEAFREEZE FLEET LLC<br>Plaintiff - Appellant | Timothy J. Robenhymer<br>Direct: 401-921-4800<br>[NTC Retained]<br>(see above)<br><br>Kara M. Rollins<br>Direct: 202-869-5210<br>[No Notice]<br>(see above)<br><br>John Julian Vecchione<br>Direct: 202-869-5210 |

|  |  |
|---|---|
|  | [COR NTC Retained]<br>(see above) |
| v. |  |
| US DEPT OF COMMERCE<br>Defendant - Appellee | Alison C. Finnegan<br>[No Notice]<br>US Dept of Justice<br>Environment & Natural Resources Division<br>PO Box 7611<br>Ben Franklin Station<br>Washington, DC 20044-7611<br><br>Daniel Halainen<br>[On Brief]<br>US Dept. of Justice<br>Appellate Section<br>PO Box 7415<br>Washington, DC 20044-7415<br><br>Mitch MacDonald<br>[On Brief]<br>NOAA Office of General Counsel<br>Northeast Section<br>55 Great Republic Dr<br>Gloucester, MA 01930<br><br>Dina Bernick Mishra<br>Direct: 202-353-9022<br>Fax: 202-353-1873<br>[COR NTC Federal Government]<br>US Dept. of Justice<br>Appellate Section<br>PO Box 7415<br>Washington, DC 20044-7415<br><br>Kristine S. Tardiff<br>[No Notice]<br>US Attorney's Office<br>53 Pleasant St<br>4th Fl<br>Concord, NH 03301-3904<br><br>Lauren S. Zurier<br>Direct: 401-709-5030<br>Fax: 401-709-5001<br>[NTC Federal Government]<br>US Attorney's Office |

|  |  |
|---|---|
|  | 1 Financial Plaza<br>17th Fl<br>Providence, RI 02903-0000 |
| GINA M. RAIMONDO, in her official capacity as Secretary of Commerce<br>Defendant - Appellee | Alison C. Finnegan<br>[No Notice]<br>(see above) |
|  | Daniel Halainen<br>[On Brief]<br>(see above) |
|  | Mitch MacDonald<br>[On Brief]<br>(see above) |
|  | Dina Bernick Mishra<br>Direct: 202-353-9022<br>[COR NTC Federal Government]<br>(see above) |
|  | Kristine S. Tardiff<br>[No Notice]<br>(see above) |
|  | Lauren S. Zurier<br>Direct: 401-709-5030<br>[NTC Federal Government]<br>(see above) |
| WILBUR ROSS, in his official capacity as Secretary of Commerce<br>**Terminated:** 12/10/2021<br>Defendant - Appellee | Dina Bernick Mishra<br>Direct: 202-353-9022<br>[COR NTC Federal Government]<br>(see above) |
| NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION<br>Defendant - Appellee | Alison C. Finnegan<br>[No Notice]<br>(see above) |
|  | Daniel Halainen<br>[On Brief]<br>(see above) |
|  | Mitch MacDonald<br>[On Brief]<br>(see above) |
|  | Dina Bernick Mishra<br>Direct: 202-353-9022 |

| | [COR NTC Federal Government]<br>(see above) |
|---|---|
| | Kristine S. Tardiff<br>[No Notice]<br>(see above) |
| | Lauren S. Zurier<br>Direct: 401-709-5030<br>[NTC Federal Government]<br>(see above) |
| RICHARD SPINRAD, in his official capacity as Administrator of NOAA<br>Defendant - Appellee | Alison C. Finnegan<br>[No Notice]<br>(see above) |
| | Daniel Halainen<br>[On Brief]<br>(see above) |
| | Mitch MacDonald<br>[On Brief]<br>(see above) |
| | Dina Bernick Mishra<br>Direct: 202-353-9022<br>[COR NTC Federal Government]<br>(see above) |
| | Kristine S. Tardiff<br>[No Notice]<br>(see above) |
| | Lauren S. Zurier<br>Direct: 401-709-5030<br>[NTC Federal Government]<br>(see above) |
| NEIL JACOBS, in his official capacity as Acting Administrator of NOAA<br>**Terminated:** 12/10/2021<br>Defendant - Appellee | Dina Bernick Mishra<br>Direct: 202-353-9022<br>[COR NTC Federal Government]<br>(see above) |
| CHRIS OLIVER, in his official capacity as Assistant Administrator for NOAA Fisheries<br>**Terminated:** 12/10/2021<br>Defendant - Appellee | |
| JANET COIT, in her official capacity as | Alison C. Finnegan |

| | |
|---|---|
| Assistant Administrator for NOAA Fisheries<br>Defendant - Appellee | [No Notice]<br>(see above) |
| | Daniel Halainen<br>[On Brief]<br>(see above) |
| | Mitch MacDonald<br>[On Brief]<br>(see above) |
| | Dina Bernick Mishra<br>Direct: 202-353-9022<br>[COR NTC Federal Government]<br>(see above) |
| | Kristine S. Tardiff<br>[No Notice]<br>(see above) |
| | Lauren S. Zurier<br>Direct: 401-709-5030<br>[NTC Federal Government]<br>(see above) |
| NATIONAL MARINE FISHERIES SERVICE,<br>a/k/a NOAA Fisheries<br>Defendant - Appellee | Alison C. Finnegan<br>[No Notice]<br>(see above) |
| | Daniel Halainen<br>[On Brief]<br>(see above) |
| | Mitch MacDonald<br>[On Brief]<br>(see above) |
| | Dina Bernick Mishra<br>Direct: 202-353-9022<br>[COR NTC Federal Government]<br>(see above) |
| | Kristine S. Tardiff<br>[No Notice]<br>(see above) |
| | Lauren S. Zurier<br>Direct: 401-709-5030 |

| | |
|---|---|
| | [NTC Federal Government]<br>(see above) |

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; RICHARD SPINRAD, in his official capacity as Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; JANET COIT, in her official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

| Date | | | Description |
|---|---|---|---|
| 11/05/2021 | | 53 pg, 3.67 MB | CIVIL CASE docketed. Notice of appeal (doc. #49) filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC, Docketing Statement, Transcript Report/Order form, and Appearance form due 11/19/2021. [21-1886] (ALW) [Entered: 11/05/2021 03:11 AM] |
| 11/18/2021 | | 1 pg, 368.93 KB | NOTICE of appearance on behalf of Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC filed by Attorney John J. Vecchione. Certificate of service dated 11/18/2021. [21-1886] (JJV) [Entered: 11/18/2021 05:16 PM] |
| 11/18/2021 | | 4 pg, 333.98 KB | DOCKETING statement filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Certificate of service dated 11/18/2021. [21-1886] (JJV) [Entered: 11/18/2021 05:21 PM] |
| 11/18/2021 | | 1 pg, 909.37 KB | TRANSCRIPT report/order form filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC indicating transcripts are not necessary for this appeal. Certificate of service dated 11/18/2021. [21-1886] (JJV) [Entered: 11/18/2021 05:22 PM] |
| 11/19/2021 | | 1 pg, 30.02 KB | NOTICE of appearance on behalf of Appellees US Dept of Commerce, Wilbur Ross, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Neil Jacobs and Neil Jacobs filed by Attorney Dina B. Mishra. Certificate of service dated 11/19/2021. [21-1886] (DBM) [Entered: 11/19/2021 03:55 PM] |
| 11/22/2021 | | 2 pg, 48.12 KB | NOTICE issued. After 12/06/2021, the following attorneys will no longer receive notice of court issued documents in this case unless they register for an appellate ECF account: Kara M. Rollins for Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC, Alison C. Finnegan for Neil Jacobs, National Oceanic and Atmospheric Administration, US Dept of |

| | | |
|---|---|---|
| | | Commerce, National Marine Fisheries Service and Wilbur Ross and Kristine S. Tardiff for Neil Jacobs, National Oceanic and Atmospheric Administration, US Dept of Commerce, National Marine Fisheries Service and Wilbur Ross. [21-1886] (ALW) [Entered: 11/22/2021 02:47 AM] |
| 12/10/2021 | ☐ | Public docket note: Gina M. Raimondo was sworn in as the United States Secretary of Commerce on March 3, 2021. We have substituted her for Wilbur Ross, as the appellee. See Fed. R. App. P. 43(c)(2). [21-1886]. CLERK'S NOTE: Docket entry was edited to modify the docket text. (ALW) [Entered: 12/10/2021 12:58 AM] |
| 12/10/2021 | ☐ | Public docket note: Richard Spinrad was sworn in as Administrator of the National Oceanic and Atmospheric Administration on April 22, 2021. We have substituted him for Neil Jacobs, as the appellee. See Fed. R. App. P. 43(c)(2). [21-1886] (ALW) [Entered: 12/10/2021 01:12 AM] |
| 12/10/2021 | ☐ | Public docket note: Janet Coit was sworn in as Assistant Administrator of the National Oceanic and Atmospheric Administration on June 22, 2021. We have substituted her for Chris Oliver, as the appellee. See Fed. R. App. P. 43(c)(2). [21-1886] (ALW) [Entered: 12/10/2021 01:37 AM] |
| 12/10/2021 | ☐ 2 pg, 9.8 KB | NOTICE issued. The following attorneys have failed to register for an appellate ECF account and will no longer receive notice of court issued documents in this case: Kara M. Rollins for Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC, Alison C. Finnegan for National Oceanic and Atmospheric Administration, US Dept of Commerce, National Marine Fisheries Service, Gina M. Raimondo, Janet Coit and Richard Spinrad and Kristine S. Tardiff for National Oceanic and Atmospheric Administration, US Dept of Commerce, National Marine Fisheries Service, Gina M. Raimondo, Janet Coit and Richard Spinrad. [21-1886] (ALW) [Entered: 12/10/2021 01:57 AM] |
| 12/10/2021 | ☐ 8 pg, 144.1 KB | BRIEFING schedule set. Brief and Appendix due 01/19/2022 for appellant Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Pursuant to F.R.A.P. 31(a), appellee's brief will be due 30 days following service of appellant's brief and appellant's reply brief will be due 21 days following service of appellee's brief. Please see the court's general order issued April 20, 2020, requiring the electronic filing of appendices. [21-1886] (ALW) [Entered: 12/10/2021 02:03 AM] |
| 01/14/2022 | ☐ 3 pg, 135.24 KB | MOTION to extend time to file *brief and appendix* filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Served on 01/14/2022. [21-1886] (JJV) [Entered: 01/14/2022 09:56 AM] |
| 01/14/2022 | ☐ 3 pg, 135.82 KB | NOTICE *that the Motion for Extension of Time to File Opening Brief and Appendix is Not Opposed.* filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Served on 01/14/2022. [21-1886] (JJV) [Entered: 01/14/2022 05:55 PM] |
| 01/14/2022 | ☐ 1 pg, 8.21 KB | ORDER granting motion to extend time to file brief and appendix filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Brief and Appendix due 01/28/2022 for appellant Huntress, Inc., Relentless, Inc. |

| | | |
|---|---|---|
| | | and Seafreeze Fleet LLC. [21-1886] (ALW) [Entered: 01/14/2022 05:57 PM] |
| 01/28/2022 | 5 pg, 149.41 KB | MOTION special leave to proceed on a deferred appendix filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Served on 01/28/2022. [21-1886] CLERK'S NOTE: The ECF filer did not select the option that best describes the document. Correction made by clerk's office. No further action required. (JJV) [Entered: 01/28/2022 04:46 PM] |
| 01/28/2022 | 117 pg, 1.67 MB | BRIEF tendered by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. [21-1886] CLERK'S NOTE: Electronic access to brief was restricted by the clerk's office. (JJV) [Entered: 01/28/2022 10:03 PM] |
| 01/31/2022 | 2 pg, 64.57 KB | ORDER entered: The appellants' unopposed motion seeking leave to file a deferred appendix is granted. The parties shall adhere to the following briefing schedule: The parties will file preliminary electronic versions of their principal briefs, if they have not already done so, containing references to the record, pursuant to the current briefing schedule, with paper copies deferred until after the appendix and final briefs are filed; Within 21 days of appellees filing their answering brief, appellants will file the appendix, a final electronic opening brief containing references to the appendix, and a reply brief containing references to the appendix; and Within 14 days of the appendix being filed, appellees will file a final electronic answering brief containing references to the appendix. Except for the correction of typographical errors and the inclusion of references to the appendix, no other changes may be made to the parties' principal briefs. See Fed. R. App. P. 30(c)(2)(B). The clerk's office will set a deadline for filing final paper copies of the briefs after the final electronic versions are accepted for filing. [21-1886] (ALW) [Entered: 01/31/2022 11:55 PM] |
| 02/08/2022 | 1 pg, 17.34 KB | ORDER directing Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC to file a conforming brief. Brief due 02/15/2022. [21-1886] (ALW) [Entered: 02/08/2022 12:38 PM] |
| 02/15/2022 | 117 pg, 1.65 MB | BRIEF tendered by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. [21-1886] (JJV) [Entered: 02/15/2022 12:27 PM] |
| 02/16/2022 | 119 pg, 1.72 MB | APPELLANTS' BRIEF filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Served on 02/15/2022. Brief due 03/17/2022 for APPELLEES Janet Coit, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Gina M. Raimondo, Richard Spinrad and US Dept of Commerce. [21-1886]. CLERK'S NOTE: Docket entry was edited to modify the docket text. (AVN) [Entered: 02/16/2022 10:29 AM] |
| 02/16/2022 | 1 pg, 53.07 KB | DISCLOSURE statement filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Served on 02/15/2022. [21-1886] (AVN) [Entered: 02/16/2022 10:32 AM] |

| Date | Doc | Description |
|---|---|---|
| 03/03/2022 | 5 pg, 102.79 KB | MOTION to extend time to file *brief* filed by Appellees Janet Coit, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Gina M. Raimondo, Richard Spinrad and US Dept of Commerce. Served on 03/03/2022. [21-1886] (DBM) [Entered: 03/03/2022 09:07 PM] |
| 03/07/2022 | 1 pg, 8.33 KB | ORDER granting motion to extend time to file brief filed by Appellees National Oceanic and Atmospheric Administration, US Dept of Commerce, National Marine Fisheries Service, Gina M. Raimondo, Janet Coit and Richard Spinrad. Brief due 04/18/2022 for appellee Janet Coit, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Gina M. Raimondo, Richard Spinrad and US Dept of Commerce. [21-1886] (ALW) [Entered: 03/07/2022 12:49 PM] |
| 04/08/2022 | 6 pg, 101.56 KB | MOTION to extend time to file *brief* filed by Appellees US Dept of Commerce, Gina M. Raimondo, National Oceanic and Atmospheric Administration, Richard Spinrad, National Marine Fisheries Service and Janet Coit. Served on 04/08/2022. [21-1886] (DBM) [Entered: 04/08/2022 04:55 PM] |
| 04/08/2022 | 1 pg, 8.33 KB | ORDER granting motion to extend time to file brief filed by Appellees National Oceanic and Atmospheric Administration, US Dept of Commerce, National Marine Fisheries Service, Gina M. Raimondo, Janet Coit and Richard Spinrad. Brief due 04/25/2022 for appellee Janet Coit, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Gina M. Raimondo, Richard Spinrad and US Dept of Commerce. [21-1886] (ALW) [Entered: 04/08/2022 07:48 PM] |
| 04/25/2022 | 92 pg, 343.76 KB | BRIEF tendered by Appellees US Dept of Commerce, Gina M. Raimondo, National Oceanic and Atmospheric Administration, Richard Spinrad, National Marine Fisheries Service and Janet Coit. [21-1886] (DBM) [Entered: 04/25/2022 09:48 PM] |
| 04/29/2022 | 92 pg, 343.84 KB | APPELLEE'S PRELIMINARY BRIEF filed by Appellees Janet Coit, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Gina M. Raimondo, Richard Spinrad and US Dept of Commerce. Served on 04/25/2022. [21-1886] (LIM) [Entered: 04/29/2022 08:33 AM] |
| 05/02/2022 | 7 pg, 136.77 KB | BRIEFING schedule updated. Brief, Appendix, and Reply brief due 05/20/2022 for appellant Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. The appellee's answering brief will be due 21 days after the appendix and reply brief will be due 14 days after appellee's brief. [21-1886] (ALW) [Entered: 05/02/2022 09:06 PM] |
| 05/03/2022 | 1 pg, 63.13 KB | ORDER entered: The May 2, 2022, Appellant's Briefing Notice is hereby vacated as entered in error. Pursuant to the court's order dated January 31, 2022, appellants shall file the appendix, a final electronic opening brief containing references to the appendix, and a reply brief containing references to the appendix on or before **May 20, 2022**. Within 14 days of the appendix being filed, Appellees shall file a final electronic answering |

| | | |
|---|---|---|
| | | brief containing references to the appendix. Except for the correction of typographical errors and the inclusion of references to the appendix, no other changes may be made to the parties' principal briefs. <u>See</u> Fed. R. App. P. 30(c)(2)(B). The clerk's office will set a deadline for filing final paper copies of the briefs after the final electronic versions are accepted for filing. [21-1886] (ALW) [Entered: 05/03/2022 09:51 AM] |
| 05/06/2022 | 5 pg, 74.15 KB | MOTION to extend time to file *reply brief* filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Served on 05/06/2022. [21-1886] (JJV) [Entered: 05/06/2022 02:56 PM] |
| 05/13/2022 | 1 pg, 8.7 KB | ORDER entered: Upon consideration of motion, our May 3, 2022 order is amended accordingly: Appellants shall file the appendix, final electronic opening brief containing references to the appendix, and a reply brief containing references to the appendix on or before **May 27, 2022**. Within 14 days of the appendix being filed, Appellees shall file a final electronic answering brief containing references to the appendix. Except for the correction of typographical errors and the inclusion of references to the appendix, no other changes may be made to the parties' principal briefs. <u>See</u> Fed. R. App. P. 30(c)(2)(B). The clerk's office will set a deadline for filing final paper copies of the briefs after the final electronic versions are accepted for filing. [21-1886] (ALW) [Entered: 05/13/2022 01:06 PM] |
| 05/27/2022 | 788 pg, 28.6 MB | APPENDIX tendered by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Served on 05/27/2022. [21-1886] (JJV) [Entered: 05/27/2022 05:15 PM] |
| 05/27/2022 | 116 pg, 1.61 MB | BRIEF tendered by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. [21-1886] (JJV) [Entered: 05/27/2022 05:17 PM] |
| 05/27/2022 | 29 pg, 365.74 KB | BRIEF tendered by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. [21-1886] (JJV) [Entered: 05/27/2022 09:05 PM] |
| 05/31/2022 | 788 pg, 26.08 MB | APPENDIX filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Number of volumes: 2. Served on 05/27/2022. Five paper copies of the electronically filed appendix must be submitted so that they are received by the court on or before 06/07/2022. [21-1886] (AVN) [Entered: 05/31/2022 09:59 AM] |
| 05/31/2022 | 116 pg, 1.61 MB | APPELLANTS' FINAL OPENING BRIEF filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Served on 05/27/2022. Nine paper copies identical to that of the electronically filed brief must be submitted so that they are received by the court on or before 06/07/2022. (AVN) [Entered: 05/31/2022 10:03 AM] |
| 05/31/2022 | 29 pg, 350.28 KB | REPLY BRIEF filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Served on 05/27/2022. Nine paper copies identical to that of the electronically filed brief must be submitted so that they are received by the court on or before 06/07/2022. [21-1886] (AVN) [Entered: 05/31/2022 10:05 AM] |

| | | |
|---|---|---|
| 06/03/2022 | ☐ 📄 91 pg, 341.97 KB | BRIEF tendered by Appellees US Dept of Commerce, Gina M. Raimondo, National Oceanic and Atmospheric Administration, Richard Spinrad, National Marine Fisheries Service and Janet Coit. [21-1886] (DBM) [Entered: 06/03/2022 12:28 PM] |
| 06/03/2022 | ☐ | NINE (9) paper copies of appellants' brief [6498622-2] submitted by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. [21-1886] (YCC) [Entered: 06/03/2022 03:29 PM] |
| 06/03/2022 | ☐ | NINE (9) paper copies of reply brief [6498624-2] submitted by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. [21-1886] (YCC) [Entered: 06/03/2022 03:32 PM] |
| 06/03/2022 | ☐ | FIVE (5) paper copies of appendix (Volumes: 2) [6498620-2] submitted by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. [21-1886] (YCC) [Entered: 06/03/2022 03:37 PM] |
| 06/03/2022 | ☐ 📄 91 pg, 342.05 KB | APPELLEES' FINAL BRIEF filed by Appellees Janet Coit, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Gina M. Raimondo, Richard Spinrad and US Dept of Commerce. Served on 06/03/2022. Nine paper copies identical to that of the electronically filed brief must be submitted so that they are received by the court on or before 06/10/2022. [21-1886]. CLERK'S NOTE: Docket entry was edited to modify the docket text. (AVN) [Entered: 06/03/2022 04:03 PM] |
| 06/08/2022 | ☐ | NINE (9) paper copies of appellees' brief [6499824-2] submitted by Appellees Janet Coit, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Gina M. Raimondo, Richard Spinrad and US Dept of Commerce. [21-1886] (YCC) [Entered: 06/08/2022 02:54 PM] |
| 08/01/2022 | ☐ 📄 2 pg, 17.34 KB | CASE calendared: This case is presently scheduled to be called for oral argument on Tuesday, September 13, 2022 at 9:30 a.m. in Boston, MA in the En Banc Courtroom at the Moakley Courthouse. There will be no continuance except for grave cause. Designation form due 08/08/2022. [21-1886] (DJT) [Entered: 08/01/2022 03:09 PM] |
| 08/08/2022 | ☐ 📄 1 pg, 29.73 KB | DESIGNATION of attorney presenting oral argument filed by Attorney Dina Bernick Mishra for Appellees Janet Coit, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Gina M. Raimondo, Richard Spinrad and US Dept of Commerce. Served on 08/08/2022. [21-1886] (DBM) [Entered: 08/08/2022 09:25 AM] |
| 08/08/2022 | ☐ 📄 1 pg, 78.67 KB | DESIGNATION of attorney presenting oral argument filed by Attorney John Julian Vecchione for Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Served on 08/08/2022. [21-1886] (JJV) [Entered: 08/08/2022 12:43 PM] |
| 08/17/2022 | ☐ 📄 37 pg, 407.46 KB | CITATION of supplemental authorities pursuant to Fed. R. App. P. 28(j) filed by Appellees US Dept of Commerce, Gina M. Raimondo, National Oceanic and Atmospheric Administration, Richard Spinrad, National |

| Date | Document | Description |
|---|---|---|
| | | Marine Fisheries Service and Janet Coit. Served on 08/17/2022. [21-1886] (DBM) [Entered: 08/17/2022 04:57 PM] |
| 08/18/2022 | 3 pg, 126.41 KB | RESPONSE to citation of supplemental authorities pursuant to Fed. R. App. P. 28(j) [6514413-2] filed by Appellants Seafreeze Fleet LLC, Relentless, Inc. and Huntress, Inc.. Served on 08/18/2022. [21-1886] (JJV) [Entered: 08/18/2022 04:59 PM] |
| 09/13/2022 | | CASE argued. Panel: Rogeriee Thompson, Appellate Judge; Kermit V. Lipez, Appellate Judge and William J. Kayatta, Jr., Appellate Judge. Arguing attorneys: John Julian Vecchione for Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC and Dina Bernick Mishra for Neil Jacobs, National Oceanic and Atmospheric Administration, US Dept of Commerce, National Marine Fisheries Service, Gina M. Raimondo, Wilbur Ross, Janet Coit and Richard Spinrad. [21-1886] (DJT) [Entered: 09/13/2022 11:58 AM] |
| 09/27/2022 | 3 pg, 159.55 KB | CITATION of supplemental authorities pursuant to Fed. R. App. P. 28(j) filed by filed by Appellees Janet Coit, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Gina M. Raimondo, Richard Spinrad and US Dept of Commerce. Served on 09/27/2022. [21-1886] CLERK'S NOTE: The ECF filer did not select the option that best describes the document. Correction made by clerk's office. No further action required. (DBM) [Entered: 09/27/2022 08:01 PM] |
| 10/03/2022 | 3 pg, 126.89 KB | RESPONSE to citation of supplemental authorities pursuant to Fed. R. App. P. 28(j) [6522513-2] filed by Appellants Huntress, Inc., Relentless, Inc. and Seafreeze Fleet LLC. Served on 10/03/2022. [21-1886] (JJV) [Entered: 10/03/2022 06:38 PM] |
| 03/07/2023 | 3 pg, 165.28 KB | CITATION of supplemental authorities pursuant to Fed. R. App. P. 28(j) filed by Appellants Relentless, Inc., Seafreeze Fleet LLC and Huntress, Inc.. Served on 03/07/2023. [21-1886] (JJV) [Entered: 03/07/2023 11:41 AM] |
| 03/10/2023 | 3 pg, 156.55 KB | RESPONSE to citation of supplemental authorities pursuant to Fed. R. App. P. 28(j) [6553541-2] filed by Appellees US Dept of Commerce, Gina M. Raimondo, National Oceanic and Atmospheric Administration, Janet Coit, National Marine Fisheries Service and Richard Spinrad. Served on 03/10/2023. [21-1886] (DBM) [Entered: 03/10/2023 07:15 PM] |
| 03/16/2023 | 39 pg, 202.04 KB | OPINION issued by William J. Kayatta, Jr., Appellate Judge; Kermit V. Lipez, Appellate Judge and Ojetta Rogeriee Thompson, Appellate Judge. Published. [21-1886] (ALW) [Entered: 03/16/2023 03:39 PM] |
| 03/16/2023 | 1 pg, 95.18 KB | JUDGMENT entered. Affirmed. [21-1886]. CLERK'S NOTE: Docket entry was edited to modify the docket text. (ALW) [Entered: 03/16/2023 03:49 PM] |
| 03/22/2023 | 1 pg, 74.5 KB | ERRATA issued by court to opinion (published) [6555849-2]. [21-1886] (SBT) [Entered: 03/22/2023 10:42 AM] |

| Date | | Description |
|---|---|---|
| 05/09/2023 | 1 pg, 9.77 KB | MANDATE issued. [21-1886] (GB) [Entered: 05/09/2023 05:08 AM] |
| 06/16/2023 | 1 pg, 55.38 KB | U.S. SUPREME COURT NOTICE advising a petition for a writ of certiorari was filed on 06/14/2023 and assigned case number 22-1219. [21-1886] (ALW) [Entered: 06/20/2023 08:18 PM] |
| 10/13/2023 | 1 pg, 85.5 KB | U.S. SUPREME COURT ORDER entered on 10/13/2023. The petition for a writ of certiorari was granted. The motion of Advancing American Freedom, Inc., et al. for leave to file a brief as *amici curiae* is denied. The petition for a writ of certiorari is granted limited to Question 1 presented by the petition. The Clerk is directed to establish a briefing schedule that will allow this case to be argued in tandem with No. 22-451, *Loper Bright Enterprises, et al.* v. *Raimondo, Sec. of Comm., et al.*, in the January 2024 argument session. [21-1886]. CLERK'S NOTE: Electronic access to this brief was restricted by the clerk's office because a corrected brief has been filed. (ALW) [Entered: 10/16/2023 04:40 PM] |
| 11/20/2023 | 1 pg, 104.35 KB | U.S. SUPREME COURT LETTER requesting transmission of First Circuit record. [21-1886] (ALW) [Entered: 11/20/2023 08:43 PM] |

CASE SEARCH    SHORT DKT    CLERK DKT    STAFF DKT    CAMP DKT    PUBLIC DKT    OPINIONS