OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

November 22, 2023

Hanorah Tyer-Witek, Clerk
US District Court of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

    Re: 21-1886 Relentless Inc., et al v. US Dep't of Commerce, et al
       District Court No. 1:20-cv-00108-WES

Dear Clerk Tyer-Witek:

    Enclosed please find a copy of a letter from the United States Supreme Court regarding the above referenced case.

    Please transmit the original record in its entirety to the United States Supreme Court as outlined in the enclosed letter.

    Thank you for your cooperation.

                                        Sincerely,
                                        Alistair
                                        Case Manager
                                        U.S. Court of Appeals
                                        for the First Circuit
                                        (617) 748-4664

Enclosure

cc:
Timothy J. Robenhymer
John Julian Vecchione
Lauren S. Zurier
Dina Bernick Mishra