# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2024

Clerk
United States Court of Appeals
  for the First Circuit
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210-3004

      Re:   **Relentless, Inc., et al.**
           **v. Dept. of Commerce, et al.**
           **No. 22-1219 (Your docket No. 21-1886)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                        Sincerely,

                                        SCOTT S. HARRIS, Clerk

                                        By

                                        M. Altner
                                        Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2024

Mr. John Julian Vecchione, Esq.
The New Civil Liberties Alliance
1225 19th St., N.W.
Suite 450
Washington, D.C. 20036-2411

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Re: **Relentless, Inc., et al.
v. Dept. of Commerce, et al.
No. 22-1219**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the First Circuit.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Clerk's fee:** | **$300.00** |
| **Total:** | **$300.00** |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*
M. Altner
Assistant Clerk – Judgments

cc: Clerk, 1st Cir.
(Your docket No. 21-1886)

# Supreme Court of the United States

No. 22–1219

**RELENTLESS, INC., ET AL.,**

Petitioners

v.

**DEPARTMENT OF COMMERCE, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the First Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Relentless, Inc., et al., recover from Department of Commerce, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 28, 2024

| | |
|---|---|
| **Clerk's fee:** | **$300.00** |
| **Total:** | **$300.00** |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States