# United States Court of Appeals
### For the First Circuit

No. 21-1886

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; RICHARD SPINRAD, in his official capacity as Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; JANET COIT, in her official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

**MANDATE**

Entered: September 25, 2024

In accordance with the judgment of July 31, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Dina Bernick Mishra
Timothy J. Robenhymer
John Julian Vecchione
Lauren S. Zurier